**SO. CAL. EQUAL ACCESS GROUP**
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
JARDINE GOUGIS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>                Plaintiff,<br><br>        vs.<br><br>PACOIMA AUTOMOTIVE D/B/A PEM EXPRESS; PAMELA MILLER, TRUSTEE OF PAMELA MILLER TRUST; and DOES 1 through 10,<br><br>                Defendants. | **Case No.: 2:19-cv-10517-PA (MRWx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that JARDINE GOUGIS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

      (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

(i)     A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  April 2, 2020   SO. CAL. EQUAL ACCESS GROUP

By:   */s/   Jason J. Kim*
     Jason J. Kim, Esq.
     Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**